IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSEPH H. MILMAN,

      Appellant,

 v.                      Case No.  5D21-2637
                                LT Case No. 05-2014-CF-046788-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed July 12, 2022

3.853 Appeal from the Circuit Court
for Brevard County,
David C. Koenig, Judge.

Joseph H. Milman, Bonifay, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EISNAUGLE and WOZNIAK, JJ., concur.